IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| In Re: | |
|---|---|
| Robert E Day, Jr. | Case No. 13-30487 NVA |
| Debtor(s). | Chapter 7 |

## NOTICE OF ASSETS

Dear Clerk:

      Please be advised that it appears there will be assets available for disbursement to creditors in the bankruptcy case of Robert E Day, Jr..  Therefore, pursuant to Rule 3002(c) (5), please issue Notice to Creditors establishing a deadline for claims to be filed.


Date:   February 19, 2014                /s/ Lori Simpson
                                                      Lori Simpson, Bar No. 04075
                                                      Law Office of Lori Simpson, LLC
                                                      1400 S. Charles Street
                                                      Baltimore, MD 21230
                                                      (410) 468-0054
                                                      (410) 385-1514 (facsimile)
                                                      lsimpson@lsimpsonlaw.com
                                                       Chapter 7 Trustee

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on February 19, 2014, a copy of the foregoing electronically filed Notice of Assets was served on the parties listed below by first class mail, postage prepaid, unless said party is a registered CM/ECF participant and the Notice of Electronic Filing indicates that the document was electronically mailed to said party:

        Office of the United States Trustee
        Garmatz Federal Courthouse
        101 W. Lombard Street, Room 2625
        Baltimore, Maryland 21201

        Reginald Powell
        Reginald Powell, Esq, CPA
        785 Silver Maple Circle
        Seven Valleys, PA  17360

        /s/ Lori Simpson
        Lori Simpson