```
                        United States Bankruptcy Court
                             District of Maryland
In re:                                                       Case No. 13-30487-NVA
Robert E Day, Jr.                                            Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0416-1          User: yoliver              Page 1 of 1                  Date Rcvd: Apr 01, 2014
                              Form ID: pdfparty          Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2014.
db           +Robert E Day, Jr.,    6012 Cloudland Court,    Columbia, MD 21044-3601
acc           Edward DeHart Murphy,    7910 Woodmont Avenue,    Suite 610,   Bethesda, MD  20814-7049

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
             +E-mail/Text: ustpregion04.ba.ecf@usdoj.gov Apr 01 2014 21:04:49     U.S. Trustee Baltimore,
               101 W. Lombard St,   Room 2650,   Baltimore,MD 21201-2623
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2014                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2014 at the address(es) listed below:
              Colin James Casler     ccasler@ccclaw.net, cccoon@ccclaw.net,davidhcole@ccclaw.net,
               zcoon@ccclaw.net,mshach@ccclaw.net
              Hugh M.   (UST) Bernstein    hugh.m.bernstein@usdoj.gov
              Kim Michelle Sterrett    kmsterrett@yahoo.com
              Lori S. Simpson    7trustee@lsimpsonlaw.com, ecf.alert+simpson@titlexi.com
              Paul Jay Adams    jay.adams@bww-law.com, bankruptcy@bww-law.com
              Reginald  Powell    powellr@comcast.net
              Renee O. Dyson    rdyson@atlanticlawgrp.com, rbailey@atlanticlawgrp.com,
               KNangosia@atlanticlawgrp.com
                                                                                              TOTAL: 7



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In Re: | * | |
| Robert E Day, Jr. | * | Case No. 1:13-BK-30487 |
| Debtor | * | Chapter 7 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER AUTHORIZING EMPLOYMENT OF EDWARD DEHART MURPHY, CPA, P.A. AS ACCOUNTANT TO THE ESTATE

Having considered the foregoing Application to Employ Edward deHart Murphy, CPA, P.A. as Accountant to the Estate filed by Lori Simpson, Trustee (the "Applicant"), and any objections thereto, good cause appearing therein, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the employment of Edward deHart Murphy, CPA, P.A. as accountant to the Estate to perform such accounting services under the terms and conditions set forth in the Application is hereby APPROVED; and it is further,

**ORDERED**, that the payment of fees and reimbursement of expenses to Edward deHart Murphy CPA, P.A. shall be subject to the terms and conditions of the Application and detailed in the Trustee's Final Report; and it is further payable after Court approval

**ORDERED**, that the payment of fees and reimbursement of expenses to Edward deHart Murphy shall be made only after the filing of application for compensation, entry of order

approving Same and of the Trustee's Final Report and Proposed Distribution, and application for compensation.

    cc:
Lori Simpson, Trustee
Law Office of Lori Simpson, LLC
1400 South Charles Street, 3rd Floor
Baltimore, MD 21230

Office of the U.S. Trustee
101 West Lombard Street
Suite 2625
Baltimore, MD  21201

Reginald Powell
Reginald Powell, Esq, Cpa
785 Silver Maple Circle
Seven Valleys, PA 17360

Edward deHart Murphy, CPA
7910 Woodmont Ave.
Suite 610
Bethesda, MD 20814-7049

**END OF ORDER**