IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                    *

ROBERT E. DAY, JR.                        *        Case no. 13-30487-NVA
                                                   Chapter 7
    Debtor                                *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CONSENT MOTION TO WITHDRAW APPEARANCE OF
GARY R. GREENBLATT, CONSTANCE M. HARE
AND MEHLMAN, GREENBLATT & HARE, LLC
<u>AS COUNSEL FOR KIM MICHELLE STERRETT</u>

Mehlman, Greenblatt & Hare, LLC and its members, Gary R. Greenblatt & Constance M. Hare, movants, pursuant to Maryland Local Bankruptcy Rule 9010-4, moves for the entry of an order withdrawing their appearance as counsel for Kim M. Sterrett, a creditor in this proceeding. In support thereof, the movants state as follows:

1.    On July 28, 2014, Gary R. Greenblatt mailed to Kim Michelle Sterrett written notice stating movants' intention to file a motion to withdraw the appearance of Mehlman, Greenblatt & Hare, LLC and its members as her counsel. The letter further advised Ms. Sterrett that she should either have new counsel enter an appearance on her behalf or advise the clerk that she will be proceeding without counsel.

2.    A copy of the July 28, 2014 letter is attached as Exhibit 1.

3.    Ms. Sterrett has consented to the withdrawal, as shown below.

WHEREFORE, the movants request the entry of an order:

a.    Striking the appearance of Mehlman, Greenblatt & Hare, LLC and its members as counsel for Kim Michelle Sterrett; and

b.    For such other relief as this Court finds appropriate.

| | |
|---|---|
| Dated: August 6, 2014 | /s/ Gary R. Greenblatt<br>Gary R. Greenblatt, Bar no. 02870<br>grgreen@mehl-green.com<br>MEHLMAN, GREENBLATT & HARE, LLC<br>723 South Charles Street, Suite LL3<br>Baltimore, Maryland 21230<br>(410) 547-0300 . Telephone<br>(410) 547-7474 . Fax |

      I consent to the withdrawal by the above counsel and I intend to proceed pro se in this matter.

| | |
|---|---|
| Dated: 08/06/14 | /s/ Kim M. Sterrett<br>Kim M. Sterrett |

      I HEREBY CERTIFY that the terms of this Consent Motion are identical to those set forth in the original Consent Motion; and the signatures represented by the /s/ on this copy reference the signatures of the consenting party on the original Consent Motion.

                                                                                                   /s/ Gary R. Greenblatt<br>                                                                                                    Gary R. Greenblatt

<u>CERTIFICATE OF SERVICE</u>

      I HEREBY CERTIFY that on this 6th day of August, 2014, a copy of the foregoing was sent by cm-ecf to:

Lori S. Simpson, Esquire
Law Office of Lori Simpson, LLC
1400 South Charles Street
Baltimore, MD 21230

Hugh M. Bernstein, Esquire
Office of the U.S. Trustee
101 West Lombard Street
Suite 2625
Baltimore, MD 21201

And by first class mail, postage prepaid, to:

Robert E. Day, Jr.
6012 Cloudland Court
Columbia, MD 21044

Kim Michelle Sterrett
5343 High Wheels Court
Columbia, MD 21044

                                          /s/ Gary R. Greenblatt
                                          Gary R. Greenblatt