IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| IN RE: ROBERT E. DAY, JR. )<br>    Debtor. ) <br> ) <br> KIM MICHELLE STERRETT ) <br>    Movant, ) <br> ) <br> v. ) <br> ) <br> ROBERT E. DAY ) <br> AKA ROBERT EUGENE DAY, JR, ) <br>    Debtor/Respondent ) <br> ) <br> And ) <br> ) <br> LORI D. SIMPSON ) <br>    Trustee/Respondent ) | CASE NO. 13-30487-NVA <br> CHAPTER 7 |

**LINE CONSENTING TO PROCEED WITHOUT COUNSEL**

I am movant, Kim Michelle Sterrett and I will be proceeding without counsel in the above captioned case. All further notices and orders in this case shall be sent to Kim Michelle Sterrett kmsterrett@yahoo.com and to 5343 High Wheels Ct, Columbia, MD 21044.

Dated: August 8, 2014

Kim Michelle Sterrett
kmsterrett@yahoo.com
5343 High Wheels Ct
Columbia, MD 21044
202-618-2793
(410)-834-5459 (fax)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of August, 2014, a copy of the foregoing was sent by electronic and postal mail to:

Lori S. Simpson, Esq.
Law Office of Lori Simpson, LLC
1400 South Charles Street
Baltimore, MD 21230


Hugh M. Bernstein, Esq.
Office of the U.S. Trustee
101 West Lombard Street
Suite 2625
Baltimore, MD 21201


And by first class mail, postage prepaid, to:

Robert E. Day, Jr.
6012 Cloudland Ct
Columbia, MD 21044

_____
Kim Michelle Sterrett