IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: ROBERT E. DAY, JR., | ) | CASE NO. 13-30487-NVA |
| Debtor. | ) | CHAPTER 7 |
| | ) | |

## ORDER GRANTING MOVANT'S MOTION TO COMPEL TRUSTEE TO ABANDON PROPERTY

UPON CONSIDERATION of Movant, KIM MICHELLE STERRETT's Motion to Compel Trustee to Abandon Property. By the United States Bankruptcy Court for the District of Maryland Baltimore Division,

**ORDERED**, that the Motion be, and hereby is GRANTED, and the Trustee is directed to abandon the Ocean City Condo at 13801 Sand Dune Road Unit D, Ocean City, Maryland 21814.

cc:
    Paul J. Adams
    Hugh M. Bernstein
    Colin Castler
    Renee I. Dyson
    Lori. S. Simpson
    Robert E. Day, Jr.

[End of Order]

Motion to Compel Trustee to Abandon Property
In Re: Robert E. Day, Jr., Case No. 13-30487