# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

Date: 8/27/14

In re:   Case No.:   13–30487 NVA      Chapter:   7

Robert E Day Jr.
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 97 – Motion to Compel Trustee To Abandon Property at 13801 Sand Dune Road, Unit D, Ocean City, Maryland 21842. Filed by Kim Michelle Sterrett .

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 9/10/14.**

CURE: A proposed order with a list of those who should receive a copy must be filed. Also, a copy of the proposed order must be transmitted to all other parties to the matter. All proposed orders should be submitted in accordance with the Court's Electronic Filing Procedures. (Exhibit A to Administrative Order 03–02, Local Bankruptcy Rule 9013–3) Also the certificate of service submitted does not have the date of service of the motion.

Submission of an proposed order that is in compliance and an amended certificate of service must be filed.

CONSEQUENCE: Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Mark A. Neal, Clerk of Court
by Deputy Clerk, Yvette Oliver  410–962–4424

cc: Debtor(s)
Attorney for Debtor(s) – PRO SE
Kim Michelle Sterrett

Form defntc (11/2013)