*13-30487*

*Movant's Motion to Compel Trustee to Abandon Property*

## AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of August, 2014, a copy of the foregoing was sent via email to:

- Paul Jay Adams jay.adams@bww-law.com, bankruptcy@bww-law.com
- Hugh Bernstein Hugh.M.Bernstein@usdoj.gov
- Colin James Casler ccasler@ccclaw.net, cccoon@ccclaw.net; davidhcole@ccclaw.net; zcoon@ccclaw.net; mshach@ccclaw.net
- Renee O. Dyson rdyson@atlanticlawgrp.com, rbailey@atlanticlawgrp.com; Nangosia@atlanticlawgrp.com
- Lori S. Simpson 7trustee@lsimpsonlaw.com

And to Robert Day, Jr. via postal mail to 6012 Cloudland Court, Columbia, Maryland 21044

Kim Michelle Sterrett

Motion to Compel Trustee to Abandon Property
In Re: Robert E. Day, Jr., Case No. 13-30487

7