IN THE UNITED STATES BANKRUPTCY COURT
**FOR THE DISTRICT OF MARYLAND**
( Baltimore Division)

| | | |
|---|---|---|
| **ROBERT E. DAY, JR.** | * | |
| **Debtor** | * | **Case No. 13-30487 NVA** |
| | * | **Chapter 7** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**KIM MICHELLE STERRETT**                    *

      **Movant**                                              *

**v.**
                                           *

**ROBERT E. DAY, JR.**

                                                     *

      **Debtor/Respondent**
                                                     *

**and**
                                                     *

**LORI SIMPSON**
                                                     *

      **Trustee/Respondent**

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER DENYING MOTION TO COMPEL TRUSTEE TO ABANDON PROPERTY**

Having considered the Motion to Compel Trustee to Abandon Property filed by Kim Sterrett (the "Motion") and the Trustee's Response thereto, it is, by the United States Bankruptcy

Court for the District of Maryland,

**ORDERED** that the Motion be and hereby is **DENIED**.

cc:

| | |
|---|---|
| Office of the U.S. Trustee<br>101 West Lombard Street<br>Suite 2625<br>Baltimore, Maryland 21201 | Kim Michelle Sterrett<br>5343 High Wheels Ct.<br>Columbia, MD 21044 |
| Reginald Powell<br>Reginald Powell Esq, CPA<br>785 Silver Maple Circle<br>Seven Valleys, PA 17360 | Comptroller of Maryland<br>Compliance Division<br>301 W. Preston St.<br>Baltimore, MD 21201 |
| Robert E. Day, Jr.<br>6012 Cloudland Ct.<br>Columbia, MD 21044 | Colin J. Casler<br>401 Washington Ave, Suite 501<br>Towson, MD 21204 |

**END OF ORDER**