**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| **Robert E. Day, Jr.** | * | **Case No. 13-30487-NVA** |
| | * | |
| **Debtor** | | **(Chapter 7)** |
| | * | |

\* \* \* \* \* \*     \* \* \* \* \* \*

## AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of November, 2014 that a copy of the foregoing Notice of Abandonment was served on the party listed below and on the parties listed on the attached service list by first class mail, postage prepaid, unless said party is a registered CM/ECF participant and the Notice of Electronic Filing Indicates that the Notice of Abandonment was electronically mailed to said party.

All parties on attached creditor matrix

/s/ Lori Simpson
Lori Simpson
Law Office of Lori Simpson, LLC
1400 South Charles Street, 3rd Floor
Baltimore, Maryland 21230
Direct Dial: 410.468-0054
Facsimile: 410.385.1514
lsimpson@lsimpsonlaw.com

*Chapter 7 Trustee*

4

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 13-30487<br>District of Maryland<br>Baltimore<br>Wed Nov 12 13:59:20 EST 2014 | CLC Consumer Services<br>c/o Coon & Cole, LLC<br>401 Washington Avenue<br>Suite 501<br>Towson, MD 21204-4838 | JPMorgan Chase Bank, National Association fo<br>c/o Paul Jay Adams, Esq.<br>4520 East West Highway, Suite 200<br>Bethesda, MD 20814-3382 |
| Navient Solutions, Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706-1430 | U.S. Trustee for Region Four<br>101 W. Lombard Street<br>Suite 2625<br>Baltimore, MD 21201-2668 | ATT Mobility<br>208 S. Akard St.<br>Dallas, TX 75202-4206 |
| American Express<br>PO Box 1270<br>Newark, NJ 07101-1270 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | American Radiology Associates<br>PO Box 17513<br>Baltimore, MD 21297-7513 |
| BANK OF AMERICA, N.A.<br>P.O. BOX 2548<br>LEESBURG, VA 20177-7754 | Bank of America<br>PO Box 5170<br>Simi Valley, CA 93062-5170 | Bank of America, N.A<br>Renee Dyson, Esq<br>Atlantic Law Group, LLC<br>PO Box 2548<br>Leesburg, VA 20177-7754 |
| Bank of America, N.A.<br>P.O. Box 660933<br>Dallas, TX 75266-0933 | Bill Me Later<br>2420 Sweet Home Road<br>Amherst, NY 14228-2243 | Brian P. Crosby, P.A.<br>Herring Creek Professional Center<br>Ocean City, MD 21843 |
| Chase<br>PO Box 78420<br>Phoenix, AZ 85062-8420 | Chase Brexton Health Services, Inc<br>1001 Cathedral Street<br>Baltimore, MD 21201-5442 | Citibank Credit Card<br>399 Park Avenue<br>New York, NY 10022-4699 |
| Columbia Association, Inc.<br>C/O Suntrust<br>P.O. Box 79998<br>Baltimore, MD 21279-0990 | Comptroller of Maryland<br>110 Carroll St<br>Annapolis, MD 21411-0001 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 |
| Court of Special Appeals<br>361 Rowe Boulevard<br>Annapolis, MD 21401-1698 | E Trade Bank<br>PO Box 747054<br>Pittsburgh, PA 15274-7054 | Elizabeth Case, Esq<br>10025 Governor Warfield Pkwy<br>Suite 304<br>Columbia, MD 21044-3331 |
| HOWARD COUNTY MARYLAND<br>OFFICE OF LAW<br>C/O M. NOLAN, ESQ./J. SHULMAN, ESQ.<br>3450 COURT HOUSE DRIVE<br>ELLICOTT CITY, MD 21043-4398 | Howard County Department of Finance<br>Property Tax Division<br>3430 Court House Drive<br>Ellicott City, MD 21043-4300 | Howard County General Hospital<br>Johns Hopkins Health System Corp.<br>c/o Mary Annn Kanis Kalin, Esq.<br>3910 Keswick Rd. Ste. S-5100<br>Baltimore, MD 21211-2226 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JH EMS At Howard County Hospital<br>PO Box 418937<br>Boston, MA 02241-8937 | Joann Woodson Branche, Esq.<br>10440 Little Patuxent Pkwy<br>Suite 300<br>Columbia, MD 21044-3648 |

| | | |
|---|---|---|
| Joann Woodson Branche, Esq.<br>6470 Freetown Rd<br>Suite 200-35<br>Columbia, MD 21044-4016 | John Hopkins Health System<br>3910 Keswick Road Suite S-5100<br>Baltimore, MD 21211-2226 | Kim M. Sterrett<br>5343 High Wheels Court<br>Columbia, MD 21044-5716 |
| Kim M. Sterrett<br>Gary R. Greenblatt, Esquire<br>MEHLMAN, GREENBLATT & HARE, LLC<br>723 South Charles Street, Suite LL3<br>Baltimore, Maryland 21230-3853 | Kim Michelle Sterrett<br>5343 High Wheels Court<br>Columbia, MD 21044-5716 | Mary Day<br>8690 Hayshed Lane<br>Columbia, MD 21045-2600 |
| Maryland Child Support<br>311 West Saratoga Street<br>Baltimore, MD 21201-3500 | O'Guinn McNeal<br>9881 Broken Land Parkway<br>Columbia, MD 21046-1172 | Office of Law<br>Howard County, Maryland<br>3430 Courthouse Drive<br>Ellicott City, MD 21043-4300 |
| Padder Health Services<br>7350 Van Dusen Road<br>Laurel, MD 20707-5267 | Patuxent Financial Services<br>3910 Keswick Rd<br>Baltimore, MD 21211-2226 | Ryan A. Day<br>6012 Cloudland Court<br>Columbia, MD 21044-3601 |
| Sallie Mae<br>P.O. Box 3319<br>Wilmington, DE 19804-4319 | Sallie Mae<br>PO Box 9533<br>Wilkes Barre, PA 18773-9533 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706-1496 |
| Sand Dune Villa Condo<br>c/o Condo Line, Inc.<br>11102 Charlie Drive<br>Bishopville, MD 21813-1642 | Sand Dune Villas Condominium Assn.<br>Mann Properties<br>220 16th Street<br>Ocean City, MD 21842-5522 | St. Paul's School for Boys<br>Kim Michelle Stereet<br>5453 High Wheels Court<br>Columbia, MD 21044 |
| St. Pauls School<br>Attn: Tracy J. Cioni<br>Student Account Receivables<br>P.O. Box 8100<br>Brooklandville, MD 21022-8100 | State Collection Service<br>2509 S. Stough RD<br>Madison, WI 53716-3314 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2201 |
| Weinburg & Schwartz<br>2000 Century Plaza, Suite 446<br>10632 Little Patuxent Blvd<br>Columbia, MD 21044-3273 | Wells Fargo<br>PO Box 30086<br>Los Angeles, CA 90030-0086 | Wells Fargo Card Services<br>1 Home Campus 3rd Floor<br>Des Moines, IA 50328-0001 |
| Edward DeHart Murphy<br>7910 Woodmont Avenue<br>Suite 610<br>Bethesda, MD 20814-7049 | Jeffrey Tessmer<br>Cummings & Co. Realtors<br>2314 Boston St.<br>Baltimore, MD 21224-3601 | Kim Michelle Sterrett<br>5343 High Wheels Ct<br>Columbia, MD 21044-5716 |
| Lori S. Simpson<br>Law Office of Lori Simpson, LLC<br>1400 S. Charles Street<br>3rd Floor<br>Baltimore, MD 21230-4263 | Robert E Day Jr.<br>6012 Cloudland Court<br>Columbia, MD 21044-3601 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America, N.A.

End of Label Matrix
Mailable recipients    58
Bypassed recipients     1
Total                  59