Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

Bankruptcy Proceeding No.: 13−30487
Judge: Nancy V. Alquist

In Re:   Robert E Day, Jr.
         Debtor(s)

PLEASE TAKE NOTICE that a hearing will be held

at 101 W. Lombard Street, Courtroom 2−A, Baltimore, MD 21201

on 12/22/14 at 10:00 AM

to consider and act upon the following:

113 − Motion to Dismiss Bankruptcy Case No. 13−30487 Filed by Kim Michelle Sterrett .

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 12/2/14

Mark A. Neal, Clerk of Court
by Deputy Clerk, Yvette Oliver
410−962−4424