United States Bankruptcy Court
District of Maryland

In re:                                                                  Case No. 13-30487-NVA
Robert E Day, Jr.                                                       Chapter 7
       Debtor
## CERTIFICATE OF NOTICE

District/off: 0416-1          User: yoliver          Page 1 of 2          Date Rcvd: Dec 02, 2014
                              Form ID: ntchrgbk      Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2014.
```
db          #+Robert E Day, Jr.,    6012 Cloudland Court,    Columbia, MD 21044-3601
cr           +CLC Consumer Services,    c/o Coon & Cole, LLC,    401 Washington Avenue,    Suite 501,
               Towson, MD 21204-4838
acc           Edward DeHart Murphy,    7910 Woodmont Avenue,    Suite 610,    Bethesda, MD 20814-7049
cr           +JPMorgan Chase Bank, National Association for the,    c/o Paul Jay Adams, Esq.,
               4520 East West Highway, Suite 200,    Bethesda, MD 20814-3382
r            +Jeffrey Tessmer,    Cummings & Co. Realtors,    2314 Boston St.,    Baltimore, MD 21224-3601
cr           +Navient Solutions, Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
28472155     +American Express,    PO Box 1270,    Newark, NJ 07101-1270
28675514      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
28472156     +American Radiology Associates,    PO Box 17513,    Baltimore, MD 21297-7513
28729883     +BANK OF AMERICA, N.A.,    P.O. BOX 2548,    LEESBURG, VA 20177-7754
28472158     +Bank of America,    PO Box 5170,    Simi Valley, CA 93062-5170
28486676     +Bank of America, N.A.,    Renee Dyson, Esq,    Atlantic Law Group, LLC,    PO Box 2548,
               Leesburg, VA 20177-7754
28731146      Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
28472159     +Bill Me Later,    2420 Sweet Home Road,    Amherst, NY 14228-2243
28517947      Brian P. Crosby, P.A.,    Herring Creek Professional Center,    Ocean City, MD 21843
28472160     +Chase,   PO Box 78420,    Phoenix, AZ 85062-8420
28472161     +Citibank Credit Card,    399 Park Avenue,    New York, NY 10022-4699
28517949      Columbia Association, Inc.,    C/O Suntrust,    P.O. Box 79998,    Baltimore, MD 21279-0990
28472162     +Comptroller of Maryland,    110 Carroll St,    Annapolis, MD 21411-0001
28472253     +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
               Baltimore, MD 21201-2305
28472163     +Court of Special Appeals,    361 Rowe Boulevard,    Annapolis, MD 21401-1698
28472165     +E Trade Bank,    PO Box 747054,    Pittsburgh, PA 15274-7054
28472166     +Elizabeth Case, Esq,    10025 Governor Warfield Pkwy,    Suite 304,    Columbia, MD 21044-3331
28472254     +HOWARD COUNTY MARYLAND,    OFFICE OF LAW,    C/O M. NOLAN, ESQ./J. SHULMAN, ESQ.,
               3450 COURT HOUSE DRIVE,    ELLICOTT CITY, MD 21043-4398
28517950     +Howard County Department of Finance,    Property Tax Division,    3430 Court House Drive,
               Ellicott City, MD 21043-4300
28623748     +Howard County General Hospital,    Johns Hopkins Health System Corp.,
               c/o Mary Ann Kanis Kalin, Esq.,    3910 Keswick Rd. Ste. S-5100,    Baltimore, MD 21211-2226
28472167     +JH EMS At Howard County Hospital,    PO Box 418937,    Boston, MA 02241-8937
28517957     +Joann Woodson Branche, Esq.,    10440 Little Patuxent Pkwy,    Suite 300,
               Columbia, MD 21044-3648
28472168     +Joann Woodson Branche, Esq.,    6470 Freetown Rd,    Suite 200-35,    Columbia, MD 21044-4016
28517952     +John Hopkins Health System,    3910 Keswick Road Suite S-5100,    Baltimore, MD 21211-2226
28472169     +Kim M. Sterrett,    5343 High Wheels Court,    Columbia, MD 21044-5716
28749359     +Kim M. Sterrett,    Gary R. Greenblatt, Esquire,    MEHLMAN, GREENBLATT & HARE, LLC,
               723 South Charles Street, Suite LL3,    Baltimore, Maryland 21230-3853
28472170     +Kim Michelle Sterrett,    5343 High Wheels Court,    Columbia, MD 21044-5716
28517953     +Mary Day,    8690 Hayshed Lane,    Columbia, MD 21045-2600
28472171     +Maryland Child Support,    311 West Saratoga Street,    Baltimore, MD 21201-3500
28472172     +O'Guinn McNeal,    9881 Broken Land Parkway,    Columbia, MD 21046-1172
28729027     +Office of Law,    Howard County, Maryland,    3430 Courthouse Drive,
               Ellicott City, MD 21043-4300
28472173     +Padder Health Services,    7350 Van Dusen Road,    Laurel, MD 20707-5267
28472174     +Patuxent Financial Services,    3910 Keswick Rd,    Baltimore, MD 21211-2226
28472175     #+Ryan A. Day,    6012 Cloudland Court,    Columbia, MD 21044-3601
28472177     +Sand Dune Villa Condo,    c/o Condo Line, Inc.,    11102 Charlie Drive,
               Bishopville, MD 21813-1642
28673855     +Sand Dune Villas Condominium Assn.,    Mann Properties,    220 16th Street,
               Ocean City, MD 21842-5522
28613860      St. Paul's School for Boys,    Kim Michelle Stereet,    5453 High Wheels Court,
               Columbia, MD 21044
28472178      St. Pauls School,    Attn: Tracy J. Cioni,    Student Account Receivables,    P.O. Box 8100,
               Brooklandville, MD 21022-8100
28517954     +State Collection Service,    2509 S. Stough RD,    Madison, WI 53716-3314
28472255     +State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
               Baltimore, MD 21201-2201
28472179     +Weinburg & Schwartz,    2000 Century Plaza, Suite 446,    10632 Little Patuxent Blvd,
               Columbia, MD 21044-3273
28472180     +Wells Fargo,    PO Box 30086,    Los Angeles, CA 90030-0086
28680902     +Wells Fargo Card Services,    1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
28472157     +E-mail/Text: g20956@att.com Dec 02 2014 19:56:09      ATT Mobility,    208 S. Akard St.,
               Dallas, TX 75202-4206
28472164      E-mail/Text: cio.bncmail@irs.gov Dec 02 2014 19:55:17      Internal Revenue Service,
               PO Box 7346,    Philadelphia, PA 19101-7346
28472176     +E-mail/PDF: pa_dc_claims@navient.com Dec 02 2014 19:57:42      Sallie Mae,    PO Box 9533,
               Wilkes Barre, PA 18773-9533
```

```
District/off: 0416-1           User: yoliver                Page 2 of 2                   Date Rcvd: Dec 02, 2014
                               Form ID: ntchrgbk            Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
28912537         E-mail/Text: ebn_bkrt_forms@salliemae.com Dec 02 2014 19:56:09      Sallie Mae,    P.O. Box 3319,
                 Wilmington, DE  19804-4319
28654043        +E-mail/PDF: pa_dc_claims@navient.com Dec 02 2014 19:57:42      Sallie Mae,   c/o Sallie Mae Inc.,
                 220 Lasley Ave,   Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28517951*       +JH EMS At Howard County Hospital,   PO Box 418937,   Boston, MA 02241-8937
28517948      ##+Chase Brexton Health Services, Inc,   1001 Cathedral Street,   Baltimore, MD 21201-5442
                                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2014 at the address(es) listed below:
```
              Colin James Casler    ccasler@ccclaw.net,    cccoon@ccclaw.net,davidhcole@ccclaw.net,
               zcoon@ccclaw.net,mshach@ccclaw.net
              Craig B. Leavers    craigl@hbllaw.com,    ksmith@hbllaw.com
              Hugh M.  (UST) Bernstein    hugh.m.bernstein@usdoj.gov
              Kim Michelle Sterrett    kmsterrett@yahoo.com
              Lori S. Simpson    7trustee@lsimpsonlaw.com,    ecf.alert+simpson@titlexi.com
              Paul Jay Adams    jay.adams@bww-law.com,    bankruptcy@bww-law.com
              Renee O. Dyson    rdyson@atlanticlawgrp.com,    rbailey@atlanticlawgrp.com,
               KNangosia@atlanticlawgrp.com,pmagee@atlanticlawgrp.com,JLowery@atlanticlawgrp.com
                                                                                              TOTAL: 7
```

Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

Bankruptcy Proceeding No.:   13−30487
Judge:   Nancy V. Alquist

In Re:   Robert E Day, Jr.
Debtor(s)

PLEASE TAKE NOTICE that a hearing will be held

at 101 W. Lombard Street, Courtroom 2−A, Baltimore, MD 21201

on 12/22/14 at 10:00 AM

to consider and act upon the following:

113 − Motion to Dismiss Bankruptcy Case No. 13−30487 Filed by Kim Michelle Sterrett .

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 12/2/14

Mark A. Neal, Clerk of Court
by Deputy Clerk, Yvette Oliver
410−962−4424