_____          ✓ RETAIN

**Nancy V. Alquist , U. S. BANKRUPTCY JUDGE**          Evidentiary Hrg Y/N
                                                       Exhibits Filed: Y/N

PROCEEDING MEMO - CHAPTER 7

                                           Date: 12/22/2014 Time: 10:00

**CASE: 13-30487 Robert E Day, Jr.**

Craig B. Leavers representing Robert E Day Jr. (Debtor)
representing Lori S. Simpson Lori S. Simpson (Trustee)
Hugh M. (UST) Bernstein representing U.S. Trustee for Region Four (U.S. Trustee)

[113] Motion to Dismiss Bankruptcy Case No. 13-30487 Filed
by Kim Michelle Sterrett . (Attachments: #s5
Exhibit)

**MOVANT** : Kim Sterrett (no aty)

[116] Opposition on behalf of Lori S. Simpson Filed by
Lori S. Simpson (related document(s) 1 Proposed
Order)

**MOVANT** : Lori Simpson BY L Simpson L Simpson

[117] Opposition on behalf of Robert E Day Jr. Filed by
Craig B. Leavers (related document(s) 113 Motion
to Dismiss Case filed by Interested Party Kim Michelle
Sterrett).

**MOVANT** : Robert Day BY C Leavers

[118] Response on behalf of Kim Michelle Sterrett Filed
by Kim Michelle Sterrett (related document(s) 116
Opposition filed by Trustee Lori S. Simpson). Hearing
scheduled for 12/22/2014 at 10:00 AM at Courtroom
2-A, Baltimore - Judge Alquist.

*[113] Withdrawn by Movant on Record at the hearing today*

DISPOSITIONS:

Granted____ Denied____ Withdrawn 113 Consent____ Default____ Under Adv.____

Moot_____ Dismissed_____ Overruled_____ Sustained_____ O.T.J. Fee____

Continued to: _____

DECISION:

[ ] Signed by Court              [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel          [ ] Court
    [ ] Respondent's counsel      [ ] Other _____

NOTES: