```
                         United States Bankruptcy Court
                              District of Maryland
In re:                                                     Case No. 13-30487-NVA
Robert E Day, Jr.                                          Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0416-1          User: yoliver              Page 1 of 1                  Date Rcvd: Jan 23, 2015
                              Form ID: pdfparty          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2015.
db           #+Robert E Day, Jr.,    6012 Cloudland Court,    Columbia, MD 21044-3601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2015 at the address(es) listed below:
              Colin James Casler    ccasler@ccclaw.net,   cccoon@ccclaw.net,davidhcole@ccclaw.net,
               zcoon@ccclaw.net,mshach@ccclaw.net
              Craig B. Leavers    craigl@hbllaw.com,   ksmith@hbllaw.com
              Hugh Justin Green    hgreen@atlanticlawgrp.com,   PMagee@atlanticlawgrp.com
              Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov
              Kim Michelle Sterrett    kmsterrett@yahoo.com
              Lori S. Simpson    7trustee@lsimpsonlaw.com,   ecf.alert+simpson@titlexi.com
              Paul Jay Adams    jay.adams@bww-law.com,   bankruptcy@bww-law.com
              Renee O. Dyson    rdyson@atlanticlawgrp.com,   rbailey@atlanticlawgrp.com,
               KNangosia@atlanticlawgrp.com,pmagee@atlanticlawgrp.com,JLowery@atlanticlawgrp.com
                                                                                             TOTAL: 8

**SO ORDERED**
**NO TIMELY OPPOSITION FILED.**



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE:<br><br>ROBERT E. DAY, JR.<br><br>Debtor | Case No. 13-30487-NVA<br>(Chapter 7) |
| BANK OF AMERICA, N.A.<br>       Movant<br><br>v.<br><br>ROBERT E. DAY, JR., and<br>LORI S. SIMPSON, TRUSTEE<br>       Respondents | |

**ORDER TERMINATING AUTOMATIC STAY**

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion") filed by Bank of America, N.A., and any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED,** that the Automatic Stay is terminated allowing Bank of America to exercise its rights under applicable law against the Debtor's Property described as:

> ALL THAT PARCEL OF LAND IN CITY OF COLUMBIA, HOWARD COUNTY, STATE OF MARYLAND, AS MORE FULLY DESCRIBED IN DEED LIBER 3263, FOLIO 130, ID# 15-053976, BEING KNOWN AND DESIGNATED AS LOT 10, SECTION 1, AREA 5, COLUMBIA, VILLAGE OF HICKORY RIDGE, PLAT 3954.
>
> BY FEE SIMPLE DEED FROM ROBERT A. HOFFMAN, III AND NANCY R. HOFFMAN AS SET FORTH IN LIBER 3263, FOLIO 130, DATED 05/31/1994 AND RECORDED 06/02/1994, HOWARD COUNTY RECORDS, STATE OF MARYLAND.

which has the address of 6012 Cloudland Court, Columbia, MD 21044 ("Property") including,

but not limited to foreclosure against the Property under the Deed of Trust.

Copies to:

Hugh J. Green, Esquire
hgreen@atlanticlawgrp.com
Attorneys for the Movant
Atlantic Law Group, LLC
PO Box 2548
Leesburg, Virginia 20177
(703) 777-7101

Robert E. Day, Jr.
6012 Cloudland Court
Columbia, MD 21044
Debtor

Craig B. Leavers
Hofmeister, Breza & Leavers
Executive Plaza III
11350 McCormick Road, Suite 1300
Hunt Valley, MD 21031

Lori S. Simpson, Trustee
Law Office of Lori Simpson, LLC
1400 S. Charles Street, 3rd Floor
Baltimore, MD 21230

END OF ORDER