**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

In re:    Robert E Day, Jr.                           § Case No. 1:13-bk-30487
                                                      §
                                                      §
Debtor(s)                                             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   LORI SIMPSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $209,007.51                     Assets Exempt:  $273,583.77
*(without deducting any secured claims)*

Total Distribution to Claimants:  $5,999.39       Claims Discharged
                                                  Without Payment:  $101,369.81

Total Expenses of Administration:  $16,462.03

---

   3) Total gross receipts of $22,461.42 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $22,461.42 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 0.00 | 402,017.21 | 376,149.51 | 0.00 |
| PRIORITY CLAIMS  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 16,462.03 | 16,462.03 | 16,462.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 588,937.15 | 588,937.15 | 5,999.39 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 101,369.81 | 101,369.81 | 0.00 |
| **TOTAL DISBURSEMENTS** | **$0.00** | **$1,108,786.20** | **$1,082,918.50** | **$22,461.42** |

4) This case was originally filed under Chapter 13 on 12/05/2013 and it was converted to Chapter 7 on 02/19/2014. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/08/2015          By: /s/ LORI SIMPSON
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| APL Federal Credit Union Checking Account -located at PO Box 418, Laurel, MD 20725.Phone-443-7778-5250. Account is Fro | 1129-000 | 4,193.00 |
| IBM Stock (Direct Stock Purchases Account)account ending in 0007 located withComputershare Trust Company, N.A., PO Box | 1129-000 | 4,708.29 |
| Stock Account Located with Roth Capital Partners,LLC, 888 San Clemente Drive, Newport Beach, CA92660 | 1129-000 | 13,560.13 |
| **TOTAL GROSS RECEIPTS** | | **$22,461.42** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Kim M. Sterrett | 4110-000 | 0.00 | 25,867.70 | 0.00 | 0.00 |
| 3 | Kim Michelle Sterrett | 4110-000 | 0.00 | 7,814.19 | 7,814.19 | 0.00 |
| 4 | Kim Michelle Sterrett | 4110-000 | 0.00 | 194,829.00 | 194,829.00 | 0.00 |
| 5 | Kim Michelle Sterrett | 4110-000 | 0.00 | 129,176.32 | 129,176.32 | 0.00 |
| 6 | Kim Michelle Sterrett | 4110-000 | 0.00 | 44,330.00 | 44,330.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$402,017.21** | **$376,149.51** | **$0.00** |

### EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LORI SIMPSON | 2100-000 | N/A | 2,996.14 | 2,996.14 | 2,996.14 |
| Signature Bank | 2600-000 | N/A | 336.94 | 336.94 | 336.94 |
| Law Office Lori Simpson LLC | 3110-000 | N/A | 13,000.00 | 13,000.00 | 13,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LAW OFFICE OF LORI SIMPSON | 3120-000 | N/A | 128.95 | 128.95 | 128.95 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$16,462.03** | **$16,462.03** | **$16,462.03** |

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

### EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Kim Michelle Sterrett | 5100-000 | 0.00 | 100,465.75 | 100,465.75 | 5,999.39 |
| 3 | Kim Michelle Sterrett | 5800-000 | 0.00 | 7,814.19 | 7,814.19 | 0.00 |
| 4 | Kim Michelle Sterrett | 5800-000 | 0.00 | 194,829.00 | 194,829.00 | 0.00 |
| 5 | Kim Michelle Sterrett | 5800-000 | 0.00 | 129,176.32 | 129,176.32 | 0.00 |
| 6 | Kim Michelle Sterrett | 5800-000 | 0.00 | 44,330.00 | 44,330.00 | 0.00 |
| 7 | St. Paul's School for Boys | 5800-000 | 0.00 | 12,494.00 | 12,494.00 | 0.00 |
| 12 | Comptroller of the Treasury | 5800-000 | 0.00 | 39,185.00 | 39,185.00 | 0.00 |
| 16 | Internal Revenue Service | 5800-000 | 0.00 | 60,642.89 | 60,642.89 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$588,937.15** | **$588,937.15** | **$5,999.39** |

### EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Howard County General Hospital | 7100-000 | 0.00 | 747.64 | 747.64 | 0.00 |
| 9 | Kim Michelle Sterrett | 7100-000 | 0.00 | 1,764.36 | 1,764.36 | 0.00 |
| 10 | Kim Michelle Sterrett | 7100-000 | 0.00 | 10,000.00 | 10,000.00 | 0.00 |
| 11 | Sallie Mae | 7100-000 | 0.00 | 11,493.45 | 11,493.45 | 0.00 |
| 12 | Comptroller of the Treasury | 7100-000 | 0.00 | 3,393.00 | 3,393.00 | 0.00 |
| 13 | Sand Dune Villas Condominium Assn. | 7100-000 | 0.00 | 2,639.18 | 2,639.18 | 0.00 |
| 14 | American Express Centurion Bank | 7100-000 | 0.00 | 3,291.84 | 3,291.84 | 0.00 |
| 15 | Wells Fargo Card Services | 7100-000 | 0.00 | 4,693.80 | 4,693.80 | 0.00 |
| 16 | Internal Revenue Service | 7100-000 | 0.00 | 63,346.54 | 63,346.54 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL GENERAL UNSECURED CLAIMS | $0.00 | $101,369.81 | $101,369.81 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page: 1

| Case Number: | 13-30487 NVA | Trustee: | LORI SIMPSON |
|---|---|---|---|
| Case Name: | Robert E Day, Jr. | Filed (f) or Converted (c): | 02/19/14 (c) |
| | | §341(a) Meeting Date: | 01/13/14 |
| Period Ending: | 07/08/15 | Claims Bar Date: | 05/20/14 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Debtor's principal residence (4 bedroom colonial)located at:6012 Cloudland CourtColumbia, Maryland 21044Dwelling is co-owned with debtor's ex-spouse (50%ownership) | 210,100.00 | 0.00 | | 0.00 | FA |
| 2 | Debtor's second home(2 bedroom condominium)located at:13801 Sand Dune RoadUnit DOcean City, MD 21842Debtor owns home with ex-spouse (50%Ownership) | 78,276.00 | 0.00 | | 0.00 | FA |
| 3 | APL Federal Credit Union Savings Account locatedat PO Box 418, Laurel, MD 20725.Phone-443-7778-5250. Account is Frozen Pursuantto Order in Case Number 03-C-10-084542DL. | 71.74 | 71.74 | | 0.00 | FA |
| 4 | APL Federal Credit Union Checking Account -located at PO Box 418, Laurel, MD 20725.Phone-443-7778-5250. Account is Frozen Pursuantto Order in Case Number 03-C-10-084542DL. | 4,194.34 | 4,194.34 | | 4,193.00 | FA |
| 5 | M and T Bank Checking Account. M&T, PO Box844, Buffalo. Account is Frozen Pursuant to Orderin Case Number 03-C-10-084542DL. | 309.22 | 309.22 | | 0.00 | FA |
| 6 | E-Trade Individual Account Ending in 2840. PO Box484 Jersey City, NJ 07303-0484 (18003872332) | 1,378.17 | 0.00 | | 0.00 | FA |
| 7 | IBM Stock (Direct Stock Purchases Account)account ending in 0007 located withComputershare Trust Company, N.A., PO Box43078, Providence, RI 02940-3078. | 4,461.00 | 4,461.00 | | 4,708.29 | FA |
| 8 | Stock Account Located with Roth Capital Partners,LLC, 888 San Clemente Drive, Newport Beach, CA92660 | 0.00 | 0.00 | | 13,560.13 | FA |
| 9 | Unemployement Proceeds Account (VirginiaEPPICard Marstercard) account ending in 4916. | 516.55 | 0.00 | | 0.00 | FA |
| 10 | Savings Account located a APL Federal CreditUnion PO Box Laurel MD 20725. | 25.88 | 25.88 | | 0.00 | FA |
| 11 | Checking Account located at APL Federal CreditUnion PO Box Laurel MD 20725. | 4.72 | 4.72 | | 0.00 | FA |
| 12 | Checking Account located at APL Federal CreditUnion PO Box Laurel MD 20725. Acct ending in4670. | Unknown | Unknown | | 0.00 | FA |
| 13 | Checking Account located a APL Federal CreditUnion PO Box Laurel MD 20725. Acct ending in4670. | Unknown | Unknown | | 0.00 | FA |
| 14 | Savings Account located a APL Federal CreditUnion PO Box Laurel MD 20725. Acct ending in3270. UTMA account RD. | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Checking Account located a APL Federal CreditUnion PO Box Laurel MD 20725. Acct ending in3270. UTMA account RD. | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page: 2

| Case Number: | 13-30487 NVA | Trustee: | LORI SIMPSON |
|---|---|---|---|
| Case Name: | Robert E Day, Jr. | Filed (f) or Converted (c): | 02/19/14 (c) |
| | | §341(a) Meeting Date: | 01/13/14 |
| Period Ending: | 07/08/15 | Claims Bar Date: | 05/20/14 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16 | 3 Couches located at the debtor's residence | 80.00 | 0.00 | | 0.00 | FA |
| 17 | 8 Bookcases located at debtor's residence | 51.50 | 0.00 | | 0.00 | FA |
| 18 | 6 Desks located at debtor's residence. | 70.00 | 0.00 | | 0.00 | FA |
| 19 | 1 Dining room set located at debtor's residence. | 62.50 | 0.00 | | 0.00 | FA |
| 20 | Miscellaneous China/Dishes located at the debtor's principal residence. | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Miscellaneous Cookware located at the debtor's principal residence. | 5.00 | 0.00 | | 0.00 | FA |
| 22 | 3 Tables & 10 Chairs located at the debtor's principal residence. | 60.50 | 0.00 | | 0.00 | FA |
| 23 | 4 Lamps located at debtor's principal residence. | 18.00 | 0.00 | | 0.00 | FA |
| 24 | Rug located at debtor's principal residence. | 5.00 | 0.00 | | 0.00 | FA |
| 25 | 5 Dressers & 2 mirrors located at debtor's principal residence. | 40.50 | 0.00 | | 0.00 | FA |
| 26 | 4 Beds located at debtors principal residence. | 40.00 | 40.00 | | 0.00 | FA |
| 27 | 2 kitchen appliances located at the debtors principal residence. | 5.00 | 0.00 | | 0.00 | FA |
| 28 | 1 set of golf clubs located at the debtor's principal residence. | 20.00 | 0.00 | | 0.00 | FA |
| 29 | 1 Patio funiture set (table/chairs) located at the debtor's principal residence. | 15.00 | 0.00 | | 0.00 | FA |
| 30 | 3 Televisions located at the debtor's principal residence | 70.00 | 0.00 | | 0.00 | FA |
| 31 | 1 pair audio speakers located at the debtor's principal residence. | 15.00 | 0.00 | | 0.00 | FA |
| 32 | 1 Piano located at the debtor's principal residence. | 50.00 | 0.00 | | 0.00 | FA |
| 33 | 1 vacuum located at the debtor's principal residence. | 2.50 | 2.50 | | 0.00 | FA |
| 34 | 1 iron located at the debtor's principal residence. | 0.50 | 0.00 | | 0.00 | FA |
| 35 | 1 lawn mower located at the debtor's principal residence. | 5.00 | 0.00 | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

Page: 3

| Case Number: | 13-30487 NVA | Trustee: | LORI SIMPSON |
|---|---|---|---|
| Case Name: | Robert E Day, Jr. | Filed (f) or Converted (c): | 02/19/14 (c) |
| | | §341(a) Meeting Date: | 01/13/14 |
| Period Ending: | 07/08/15 | Claims Bar Date: | 05/20/14 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 36 | Books located at the debtor's principal residence. | 20.00 | 20.00 | | 0.00 | FA |
| 37 | See Attachment 1 (Located at the debtor's home.) | 252.00 | 0.00 | | 0.00 | FA |
| 38 | See Attachment 1. Located at the debtor residence. | 70.00 | 48.00 | | 0.00 | FA |
| 39 | E-Trade IRA-Roll Over Account Ending in 7399. POBox 484 Jersey City, NJ 07303-0484 (18003872332) | 28,547.07 | 0.00 | | 0.00 | FA |
| 40 | ING Bridgeport Networks Inc 401K Plan. Addressis: ING, PO Box 990067, Harford CT 06199-0067.Respresentative James McNichols 630-983-0146. | 49,853.75 | 0.00 | | 0.00 | FA |
| 41 | Fidelity Investments Rollover IRA account ending in9034. Fidelity Management Trust Co - Custodian. | 8,451.50 | 0.00 | | 0.00 | FA |
| 42 | E-Trade Roth IRA Account Ending in 5447. PO Box484 Jersey City, NJ 07303-0484 (18003872331) | 3,546.55 | 0.00 | | 0.00 | FA |
| 43 | ING Smith Micro Software, Inc. Address is: ING, POBox 990067, Harford CT 06199-0067.Representative: Randolph Breaux (4154440943) | 86,525.13 | 0.00 | | 0.00 | FA |
| 44 | IBM 401K Plus Plan. Fidelity InvestmentsInstitutional Operations Company Inc., 82Devonshire Street, Boston, MA 02109. (8007969876) | 0.00 | 0.00 | | 0.00 | FA |
| 45 | 2009 Dodge Journey Located at the debtor residence. | 5,570.00 | 5,570.00 | | 0.00 | FA |
| 46 | 2009 Volvo S80 - Located at the Debtor's residenceat 6012 Cloudland Court, Columbia MD. | 8,402.00 | 3,402.00 | | 0.00 | FA |
| 47 | Miscellaneaous office equipment located at thedebtor's principal residence. | 55.00 | 0.00 | | 0.00 | FA |
| 48 | 7/1/13 to 11/15/13Statutory LienCondo Fee Obligations-Unit Address:13801 Sand Dune Rd-Unit 2DUnit 2DOcean City, MD 21843 | Unknown | Unknown | | 0.00 | FA |
| | TOTALS (Excluding Unknown Values) | $491,246.62 | $18,149.40 | | $22,461.42 | $0.00 |

**Major activities affecting case closing:**
Many issues involving ex-wife and sale of assets.

Filed a motion to approve distribution to wife under a certain claim for convenience. Also requested hearing. If approved then TFR can be filed no tax returns needed.

**FORM 1**  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Exhibit 8

Page: 4

TFR to reviewer 4-23-15

**Initial Projected Date of Final Report (TFR):** December 31, 2015      **Current Projected Date of Final Report (TFR):** April 23, 2015 (Actual)

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 1

| Case Number: | 13-30487 NVA | Trustee: | LORI SIMPSON |
|---|---|---|---|
| Case Name: | Robert E Day, Jr. | Bank Name: | Signature Bank |
| | | Account: | ******1990 - Checking |
| Taxpayer ID#: | **-***3533 | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 07/08/15 | Separate Bond: | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/19/14 | Asset #8 | Merrill Lynch | | 1129-000 | 13,560.13 | | 13,560.13 |
| 05/19/14 | Asset #7 | Compushare Inc. | | 1129-000 | 90.63 | | 13,650.76 |
| 05/19/14 | Asset #7 | Compushare Inc. | | 1129-000 | 4,617.66 | | 18,268.42 |
| 05/19/14 | Asset #4 | APL Federal Credit Union | | 1129-000 | 4,193.00 | | 22,461.42 |
| 05/27/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 7.54 | 22,453.88 |
| 06/25/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 31.22 | 22,422.66 |
| 07/25/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 32.25 | 22,390.41 |
| 08/25/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 33.28 | 22,357.13 |
| 09/25/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 33.23 | 22,323.90 |
| 10/24/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 31.04 | 22,292.86 |
| 11/25/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 34.21 | 22,258.65 |
| 12/24/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 30.95 | 22,227.70 |
| 01/30/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 39.43 | 22,188.27 |
| 02/27/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 29.79 | 22,158.48 |
| 03/31/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 34.00 | 22,124.48 |
| 06/19/15 | 1001 | Law Office Lori Simpson LLC | Dividend of 100.000000000% | 3110-000 | | 13,000.00 | 9,124.48 |
| 06/19/15 | 1002 | LAW OFFICE OF LORI SIMPSON | Dividend of 100.000000000% | 3120-000 | | 128.95 | 8,995.53 |
| 06/19/15 | 1003 | LORI SIMPSON | Dividend of 100.000000000% | 2100-000 | | 2,996.14 | 5,999.39 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 2

| Case Number: | 13-30487 NVA | Trustee: | LORI SIMPSON |
| --- | --- | --- | --- |
| Case Name: | Robert E Day, Jr. | Bank Name: | Signature Bank |
| | | Account: | ******1990 - Checking |
| Taxpayer ID#: | **-***3533 | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 07/08/15 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 06/19/15 | 1004 | Kim Michelle Sterrett | Dividend of 5.971577378%, Claim No. 2 | 5100-000 | | 5,999.39 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 22,461.42 | 22,461.42 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 22,461.42 | 22,461.42 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$22,461.42** | **$22,461.42** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| Checking # ******1990 | 22,461.42 | 22,461.42 | 0.00 |
| | **$22,461.42** | **$22,461.42** | **$0.00** |