Entered: August 3, 2015
Signed:  August 3, 2015

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:   Case No.: 13–30487 – NVA    Chapter: 7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert E Day Jr.
*debtor has no known aliases*
6012 Cloudland Court
Columbia, MD 21044

Social Security No.:   xxx–xx–8730

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor(s) on 12/5/13.

The estate of the above−named debtor(s) has been fully administered.

ORDERED, that Lori S. Simpson is discharged as trustee of the estate of the above−named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**End of Order**

**fnldec** – *yoliver*